IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 MAY -6  AM 11: 59

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

| | | |
|---|---|---|
| BARBARA ORTIZ RODRIGUEZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-106-LY |
| | § | |
| | § | |
| JENNY CRAIG, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is Notice of Withdrawal of
Complaint and Voluntary Dismissal of action with Prejudice Pursuant to Rule 41(a) filed May 3,
2019 (Dkt. No. 7), which the court reviewed and now approves. As nothing remains to resolve,
the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____6th_____ day of May, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE